# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
VS. )
)
) **Case Number: MJ-24-443-AMG**
)
)
Leslie Bogue ) Charging District: **District of Columbia**
Defendant ) Charging District's Case Number: **1:24-mj-174**
)

### ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☒ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings in this District unless and until relieved by order of the Court. **Kyle Wackenheim**

☐ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant.

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court.

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Friday, May 17, 2024
Date

AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

SR-03-2020