# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

VS.

Case Number: **MJ-24-443-AMG**

Charging District: **District of Columbia**

**Leslie Bogue**
**Defendant**

Charging District's Case Number: **1:24-mj-174**

## ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| PLACE: | District of Columbia District Court<br>E. Barrett Prettyman U.S. Courthouse<br>333 Constitution Avenue, N.W., |
|---|---|
| **Courtroom:** | By Zoom before Judge Harvey |
| **Date and Time:** | 5/28/2024 @ 12:30 EST |

Friday, May 17, 2024
Date

*[signature]*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

SR-03-2020